**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CARL SUMNER,

    Plaintiff,                                            Case No.: 3:15-cv-1357-J-34PDB

vs.

ONEMAIN FINANCIAL, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, CARL SUMNER, by and through undersigned counsel, hereby gives notice of pending settlement of the instant matter. The parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 15th day of April 2016.


By:/s/ *Christopher Legg*
Christopher W. Legg, Esq.
*Attorney for Plaintiff*
FL Bar No.: 44460
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
ChrisLeggLaw@gmail.com
P: 954-962-2333

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                By: /s/ *Christopher Legg*
                                                       Christopher W. Legg, Esq.